**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| BIG "R" MANUFACTURING, LLC | : | |
| | : | |
| VS. | : | C.A. NO.: 04-401ML |
| | : | |
| SHIRE CORPORATION and UNITED STATES FIRE INSURANCE COMPANY | : | |

**DISMISSAL STIPULATION**

The above Parties hereby dismiss, with prejudice, the above captioned matter with no interest, costs or attorney fees.

Richard Bland
Attorney for Big R

John B. Harwood
Attorney for Defendant Shire

RECEIVED
JUN 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Enter:
Mary M. Lisi USDJ 6/8/05